HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br><br>v.<br><br>FARROW CONCRETE SPECIALTIES, INC.<br><br>Defendant | NO. 2:15-cv-00039-JLR<br><br>~~PROPOSED~~<br>ORDER OF DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiffs Northwest Laborers-Employers Health & Security Trust et al. have moved the Court for an Order of Default Judgment against the Defendant Farrow Concrete Specialties, Inc. as follows:

### JUDGMENT SUMMARY

1. Judgment Creditors: Northwest Laborers-Employers Health & Security Trust et al.
2. Judgment Debtor: Farrow Concrete Specialties, Inc.
3. Contributions and Wage Deductions: $23,067.07
4. Liquidated Damages: $2,798.20
5. Interest: $6,342.72
6. Costs: $845.75
7. Attorney Fees: $9,784.20
8. Post-judgment Interest: 0.62 percent (0.62%) per annum
9. Attorney for Judgment Creditors: Mary L. Stoll

ORDER OF DEFAULT JUDGMENT—1
Case No. 2:15-cv-00039-JLR

Stoll Law Group, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

Pursuant to Plaintiffs' motion for entry of an Order of Default Judgment against Defendant Farrow Concrete Specialties, Inc., and the Court having considered the pleadings on file, it is hereby

**ORDERED** that Plaintiffs be awarded Default Judgment against Farrow Concrete Specialties, Inc., representing, for the period November 2013 through June 2014, fringe benefit contributions and wage deductions of $23,067.07, liquidated damages of $2,798.20, interest of $6,342.72; costs of $845.75, and attorney fees of $9,784.20, for a total amount owing of $42,837.94.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 0.62 percent (0.62%) per annum.

DATED __1 June 2016_____, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s Mary L. Stoll
_____
Mary L. Stoll, WSBA No. 16446
STOLL LAW GROUP, PLLC
2033 6th Avenue, Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

ORDER OF DEFAULT JUDGMENT—2
Case No. 2:15-cv-00039-JLR

Stoll Law Group, PLLC
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805